UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIYOK WHITE,

    Plaintiff,                              Case No. 24-cv-12240
                                                      Hon. Matthew F. Leitman

v.

LVNV FUNDING, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice (ECF #17) by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

                                                            s/Holly A. Ryan
                                                            Case Manager
                                                            (313) 234-5126